UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBRA TALLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign profit corporation,<br><br>    Defendant. | No.<br><br>TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation submits this Corporate Disclosure Statement. Target Corporation is a nongovernmental corporate party to this action, and is a publicly traded company with its principal offices in Minneapolis, Minnesota. It has no parent corporation and no publicly held corporation owns 10% or more of Target Corporation's stock.

//

//

//

TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT – PAGE 1

2917430 / 1523.0117

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 6th day of April, 2021.

FORSBERG & UMLAUF, P.S.

_____
Roy A. Umlauf, WSBA #15437
Alexandra E. Ormsby, WSBA #52677
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Email: Roy@FoUm.law
AOrmsby@Foum.law
*Attorneys for Defendant Target Corporation*

TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT – PAGE 2

2917430 / 1523.0117

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT*** on the following individuals in the manner indicated:

| | |
|---|---|
| Mr. Adam Trotsky<br>Mr. Charles B. McNeese<br>McNeese & Trotsky, PLLC<br>11711 Southeast 8th St., Suite 301<br>Bellevue, WA  98005<br>(X) Via ECF and Email:<br>adam@mcneesetrotsky.com;<br>charles@mcneesetrotsky.com; | Mr. Michael E. Mazon<br>Law Offices of Michael E. Mazon<br>4800 Aurora Ave. N.<br>Seattle, WA  98103<br>(X) Via ECF and Email:<br>mazon@seattlelawoffices.com; |

**SIGNED** this 6th day of April, 2021, at Seattle, Washington.

*/s/ Erin D. Gray*
Erin D. Gray

TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT – PAGE 3

2917430 / 1523.0117

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX