UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA TALLEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-00460-RAJ-BAT<br><br>**ORDER EXTENDING EXPERT DISCLOSURE DEADLINE** |

　　Based on the parties' Stipulation (Dkt. 14) and for good cause shown, it is **ORDERED** that the expert disclosure deadline is extended until **December 13, 2021**.

　　DATED this 6th day of October, 2021.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER EXTENDING EXPERT
DISCLOSURE DEADLINE - 1